### 2378.   HINDMAN *v.* RAINES.

HILL, C. J.   The judge of the superior court was right in overruling the certiorari on the merits, irrespective of the correctness of the reasons given for his judgment.                    *Judgment affirmed.*

Certiorari; from Floyd superior court—Judge Wright.   November 8, 1909.

Submitted March 3,—Decided June 14, 1910.

*M. B. Eubanks,* for plaintiff in error.

*George A. H. Harris & Son,* contra.

---

### 2385.   DAY *v.* STEELE & SONS.

HILL, C. J.   The evidence introduced by the defendant in support of his plea of failure of consideration resulting from a breach of implied warranty was sufficient to carry the issue to the jury, and the trial court erred in directing a verdict for the plaintiff.   *Davis v. Kirkland,* 1 *Ga. App.* 5 (58 S. E. 209).                    *Judgment reversed.*

Complaint; from city court of Douglas—Judge Roan.   December 28, 1909.

Submitted March 3,—Decided June 14, 1910..

*Levi O'Steen,* for plaintiff in error.

*Lankford & Dickerson,* contra.